**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Conrad Larson, | ) | No. CIV 07-0063-PCT-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Rodger Johnson, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Pending before the Court is an Unopposed Motion for Extension of Time to Answer [Doc. No. 4] filed by Defendants Rodger Johnson, Clay Swanson and Guy Kittelson.  Good cause appearing,

**IT IS ORDERED** the Unopposed Motion for Extension of Time to Answer [Doc. No. 4]  is **GRANTED**.  Plaintiff shall have through **January 26, 2007** to answer or otherwise respond to Plaintiff's Complaint.

DATED this 18th day of January, 2007.

Stephen M. McNamee
United States District Judge