**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Conrad Larson, ) | No. CIV 07-0063-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Roger Johnson, et al., ) | |
| Defendants. ) | |

On November 13, 2007, the Court granted Defendants Rodger Johnson and Clay Swanson's motion to dismiss without prejudice (Dkt. 28). On November 30, 2007, Defendants Johnson and Swanson filed a motion for costs and attorneys' fees (Dkt. 31). The Court subsequently permitted Plaintiff to file an amended complaint, over the objections of Defendants Johnson and Swanson (Dkts. 41, 42).

Because Defendants Johnson and Swanson remain parties to this ongoing matter, the Court will deny the motion with leave to refile if Defendants Johnson and Swanson obtain a favorable final judgment. Accordingly,

//

//

//

//

//

**IT IS HEREBY ORDERED** denying Defendants Rodger Johnson and Clay Swanson's Motion for Attorneys' Fees (Dkt. 31) is denied with leave to renew the motion after entry of final judgment.

DATED this 12th day of February, 2008.

_____
Stephen M. McNamee
United States District Judge