**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Conrad Larson,<br><br>             Plaintiff,<br><br>v.<br><br>Rodger Johnson, et al.,<br><br>             Defendants. | No. CV-07-00063-PHX-SMM<br><br>**ORDER** |

Having received Plaintiff's Notice of Settlement as between Plaintiff and Defendant Guy Kittleson (Dkt. 46), and having previously received Defendants Johnson and Swanson's Notice of Settlement (Dkt. 44),

**IT IS HEREBY ORDERED** vacating the status conference scheduled for Monday, April 28, 2008.

**IT IS FURTHER ORDERED** that the parties shall have until **Friday, May 16, 2008** to file a stipulation for dismissal signed by all parties.

//

//

//

//

//

1 **IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **Monday, June 2, 2008 at 11:30 a.m.** If the stipulation is received by **Friday, May 16, 2008**, the status conference will be automatically vacated.

DATED this 22nd day of April, 2008.

_____
Stephen M. McNamee
United States District Judge