**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Conrad Larson,

        Plaintiff,

v.

Rodger Johnson, et al.,

        Defendants.

CIV-07-0063-PCT-SMM

**ORDER**

     Pursuant to the Stipulation to Dismiss With Prejudice filed by the parties (Dkt. 48) and good cause appearing therefore,

     **IT IS HEREBY ORDERED** dismissing this matter with prejudice, each side to bear their own fees and costs.

     **IT IS FURTHER ORDERED** vacating the status conference scheduled for June 2, 2008.

     **IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate this matter.

     DATED this 1st day of May, 2008.

Stephen M. McNamee
United States District Judge